

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00156-CR

Isaiah Thomas **VARJU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR10130
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's judgments of conviction are AFFIRMED.

SIGNED February 26, 2025.

Irene Rios, Justice